[Nos. 39282-8-II; 39673-4-II.  Division Two.  February 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PATRICK WHEAT, *Appellant.*

Appeals from a judgment of the Superior Court for Clark County, No. 07-1-01204-4, Robert L. Harris, J., entered April 17, 2009. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39586-0-II.  Division Two.  February 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RAY MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01328-8, Kitty-Ann van Doorninck, J., entered July 17, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 39837-1-II.  Division Two.  February 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MAYSO PICKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03459-5, James R. Orlando, J., entered September 25, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 39894-0-II.  Division Two.  February 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM J. HOCKETT, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00110-8, Toni A. Sheldon, J., entered October 16, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Johanson, JJ.